recommendation, which is consistent with *Cincinnati Bar Assn. v. Forg*, 97 Ohio St.3d 495, 2002-Ohio-6727, 780 N.E.2d 582. In *Forg*, we imposed a one-year suspension with six months stayed because a lawyer neglected a single client's case, failed to communicate with the client, and did not immediately return unearned fees or the client's case file. Moreover, the lawyer in *Forg* also did not answer the disciplinary complaint, leading to a disposition on motion for default.

{¶ 8} We therefore suspend respondent from the practice of law in Ohio for one year with six months stayed on the condition that respondent repay his client $600 within 60 days of our order. If respondent fails to comply with this condition or commits further misconduct, the stay will be lifted, and respondent will serve the full year suspension. Moreover, because respondent has already been suspended once for attorney-registration deficiencies and yet, upon reinstatement, again violated the duty to properly register and furthermore ignored a client and the disciplinary proceeding against him, we are requiring him to petition for reinstatement pursuant to Gov.Bar R. V(10)(C) through (G), rather than apply pursuant to the less rigorous process under Gov.Bar R. V(10)(A). Costs are taxed to respondent.

Judgment accordingly.

MOYER, C.J., and O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

PFEIFER and LUNDBERG STRATTON, JJ., concur with the sanction but would not require respondent to petition for reinstatement.

––––––––––

William J. Sexton, for relator.

THE STATE EX REL. TRESSLER, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Tressler v. Indus. Comm.,* 115 Ohio St.3d 423, 2007-Ohio-5266.]

(No. 2006–1156—Submitted August 14, 2007—Decided October 11, 2007.)

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., and LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

PFEIFER, J., dissents and would reverse the judgment of the court of appeals and remand the cause to the Industrial Commission.

Law Offices of Thomas Tootle Co., L.P.A., and Thomas Tootle, for appellant.

Marc Dann, Attorney General, and Eric J. Tarbox, Assistant Attorney General, for appellee Industrial Commission of Ohio.

THE STATE EX REL. RANKIN, APPELLANT, *v.* CYNED
TRANSPORT CORPORATION ET AL., APPELLEES.

[Cite as *State ex rel. Rankin v. Cyned Transport
Corp.,* 115 Ohio St.3d 424, 2007-Ohio-5270.]

(No. 2006–1249—Submitted August 14, 2007—Decided October 11, 2007.)

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., and LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

PFEIFER, J., dissents and would reverse the judgment of the court of appeals and remand the cause to the Industrial Commission.